UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KORTNEE ROBERSON, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF DORIS ROBERSON, DECEASED, <br><br> Plaintiff, <br><br> v. <br><br> INGALLS HEALTH SYSTEM, *et al.* <br><br> Defendants. | No. <br><br> Formerly case No. 2011-L-002090, Circuit Court of Cook County, Illinois. |

**NOTICE OF REMOVAL OF A CIVIL ACTION AND
SUBSTITUTION OF THE UNITED STATES AS DEFENDANT**

To: Dorothy Brown
Clerk of the Circuit Court
Richard J. Daley Center, Room 1001
50 West Washington Street
Chicago, Illinois 60602

S. Jerome Levy
S. Jerome Levy & Associates, P.C.
One East Wacker Drive, Suite 2500
Chicago, Illinois 60601

Barker & Castro LLC
115 South LaSalle Street
29th Floor
Chicago, Illinois 60603

The United States, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned civil action from the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2679, and 42 U.S.C. § 233, and in support thereof states the following:

1. On February 24, 2011, plaintiff Kortnee Roberson commenced the above civil action against, in part, Family Christian Health Center and Wanda Hatter-Stewart, M.D. alleging medical malpractice. A copy of the state court complaint is attached as Exhibit A. For purposes of this

lawsuit, Wanda Hatter-Stewart, M.D., was a physician for Family Christian Health Center, a private entity that receives grant money from the Public Health Service pursuant to 42 U.S.C. § 233.

    2.    This notice of removal is filed in accordance with 28 U.S.C. § 2679(d)(2) and 42 U.S.C. § 233 upon certification by the designee of the Attorney General of the United States that defendant Family Christian Health Center was a private entity receiving grant money from the Public Health Service and that defendant Wanda Hatter-Stewart, M.D., was acting within the scope of her employment at the Family Christian Health Center with respect to the incidents referred to in the complaint. Exhibit B.

    3.    This notice of removal may be filed without bond at any time before trial. 28 U.S.C. § 2679(d)(2). Trial has not yet been had in this action.

    4.    Pursuant to the certification by the Attorney General's designee and the filing of this notice of removal, under 28 U.S.C. § 2679, this civil action is deemed an action against the United States and the United States is substituted as the sole federal party defendant in place of defendants Family Christian Health Center and Wanda Hatter-Stewart, M.D.

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois, is properly removed to this court pursuant to 28 U.S.C. § 2679(d) and 42 U.S.C. § 233, and the United States is substituted as the defendant in lieu of Family Christian Health Service and Wanda Hatter-Stewart, M.D.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Jeffrey M. Hansen
    JEFFREY M. HANSEN
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-1325
    jeffrey.hansen@usdoj.gov