# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 3439 | **DATE** | 6/2/2011 |
| **CASE TITLE** | Kortnee Roberson vs. Ingalls Health System, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Counsel for Plaintiff advised the Court that Defendant Ingalls Health System was previously voluntarily dismissed. Defendants Family Christian Health Center and Wanda Hatter-Stewart's motion to dismiss for failure to exhaust administrative remedies [5] is entered and continued. Counsel for Plaintiff advised the Court that she will attempt to discover if the Doctor was working for the Hospital or the Health Center. Status hearing set for 07/27/11 at 9:00 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | maw |
|---|---|---|