# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 3439 | **DATE** | 7/27/2011 |
| **CASE TITLE** | Kortnee Roberson vs. Ingalls Health System, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiff's oral motion for voluntary dismissal of Defendants Family Christian Health Center and Dr. Wanda Hatter-Stewart without prejudice is granted. Defendants Family Christian Health Center and Dr. Wanda Hatter-Stewart's motion to dismiss is stricken. Plaintiff's request for remand is granted without objection. The instant action is hereby ordered remanded to the Circuit Court of Cook County, case number 2011-L-002090, forthwith.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|